[No. 2982–3.   Division Three.   July 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN
C. MODEST, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 18617, Bruce P. Hanson, J., entered

July 7, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.